AMERICAN STEAMSHIP CO. v. INDEMNITY MUT. MARINE ASSUR. CO., Limited. SAME v. MANNHEIM INS. CO. (Circuit Court of Appeals, Second Circuit. June 16, 1902.) Nos. 119, 137. Appeals from the District Court of the United States for the Southern District of New York. Wilhelmus Mynderse, for appellants. Harrington Putnam, for appellee. Before LACOMBE and TOWNSEND, Circuit Judges.

PER CURIAM. Decrees (108 Fed. 421) affirmed.

---

B. B. HILL MFG. CO. v. SAWYER–BOSS MFG. CO. et al. (two cases). (Circuit Court of Appeals, Second Circuit. November 17, 1902.) Nos. 24, 25. Appeals from the Circuit Court of the United States for the Eastern District of New York. W. E. Warland, for appellant. H. Albertus West, for appellee. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decrees (112 Fed. 144) affirmed, with costs, on opinion below.

---

BISHOP'S ESTATE et al. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit.) No. 835. In Error to the District Court of the United States for the District of Hawaii. Kinney, Ballou & McClanahan, for plaintiffs in error. J. J. Dunne, U. S. Atty. Upon stipulation of counsel and motion of J. J. Dunne, cause dismissed.

---

BRANDON et al. v. THOMASVILLE REAL ESTATE & IMPROVEMENT CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 25, 1902.) No. 1,195. Petition to Revise Proceedings in the District Court of the United States for the Southern District of Georgia, in Bankruptcy. John R. L. Smith and W. C. Snodgrass, for petitioners. Washington Dessau and Jos. Hansell Merrill, for respondents. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The petition for review herein is denied.

---

In re BROWN. (Circuit Court of Appeals, Second Circuit. October 30, 1902.) Nos. 71, 76. Appeals from the District Court of the United States for the Southern District of New York. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. The motion to dismiss appeals from orders of the district court of April 26, 1902, and May 17, 1902, are respectively granted, with costs.

---

CITY OF SANTA CRUZ et al. v. WAITE. (Circuit Court of Appeals, Ninth Circuit. September 9, 1902.) No. 886. In Error to the Circuit Court of the United States for the Northern District of California. James G. Maguire and Lindsay & Netherson, for plaintiffs in error. Thomas & Gerstle, for defendant in error. Cause duly submitted after argument by respective counsel. Upon due consideration, etc., order entered affirming certain order of the circuit court, made on the 29th of July, 1902, which said order directed the issue of a peremptory writ of mandate out of said circuit court.